286 So.2d 75

**In re Tony Curtis POWELL**

v.

**STATE.**

**Ex parte Tony Curtis Powell.**

**SC 602.**

Supreme Court of Alabama.

Nov. 21, 1973.

Elno A. Smith, Jr., Montgomery, for petitioner.

No brief for the State.

HARWOOD, Justice.

Petition of Tony Curtis Powell for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Powell v. State, 51 Ala.App. ——, 286 So.2d 73.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and FAULKNER, JJ., concur.

278 So.2d 729

**In re Robert N. PRATT**

v.

**STATE.**

**Ex parte Robert N. Pratt.**

**SC 370.**

Supreme Court of Alabama.

May 24, 1973.

McCollough & McCollough, Birmingham, for petitioner.

No brief for the State.

McCALL, Judge.

Petition of Robert N. Pratt for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Pratt v. State, 50 Ala.App. 275, 278 So.2d 724.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and JONES, JJ., concur.

279 So.2d 549

**In re Thomas R. PRINCE**

v.

**STATE.**

**Ex parte Thomas R. Prince.**

**SC 393.**

Supreme Court of Alabama.

June 7, 1973.

Robert R. Bryan, Birmingham, for petitioner.

No Brief for the State.

MADDOX, Justice.

Petition of Thomas R. Prince for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Prince v. State, 50 Ala.App. 368, 279 So.2d 539.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.